Same case below, 390 Fed. Appx. 601.

**No. 10-1082. Jewel D. Hill, Petitioner v. Nisaa N. Muwwakkil.**

563 U.S. 937, 131 S. Ct. 2117, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3077, ▮

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-1097. TECO Barge Line, Inc., nka U.S. United Barge Line, LLC, Petitioner v. Justin P. Wilson, Tennessee Comptroller of the Treasury, et al.**

563 U.S. 937, 131 S. Ct. 2118, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3175.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Tennessee, Middle Division, denied.

**No. 10-1098. Kenika M. Threatt, Petitioner v. Shaun Donovan, Secretary of Housing and Urban Development.**

563 U.S. 938, 131 S. Ct. 2118, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 2995, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 380 Fed. Appx. 544.

**No. 10-1105. Joseph Keefe, et al., Petitioners v. United States.**

563 U.S. 938, 131 S. Ct. 2119, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3095.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 407 Fed. Appx. 420.

**No. 10-1109. Michelle Deuley, et al., Petitioners v. Dyncorp International, Incorporated, et al.**

563 U.S. 938, 131 S. Ct. 2119, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3183.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 8 A.3d 1156.

**No. 10-1114. Ricardo Glover, Petitioner v. Gary McCaughtry, Warden.**

563 U.S. 938, 131 S. Ct. 2119, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3122.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-1120. Corrie Miles, Petitioner v. Commissioner of Internal Revenue.**

563 U.S. 938, 131 S. Ct. 2122, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3060.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 231.

**No. 10-1130. Jeff Font Ruiz, Petitioner v. United States.**

563 U.S. 938, 131 S. Ct. 2125, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 3052.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.